UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2783

| | | |
|---|---|---|
| Minnesota Laborers Health and Welfare Fund et al.<br><br>v.<br><br>Interior Systems Installation, Inc. | ) | ORDER |

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: March 23d, 2001

JAMES M. ROSENBAUM
United States District Judge

MAR 23 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK